IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ROCHELLE ROBINSON-FULTON,

        Plaintiff,

  v.

CAROLYN W. COLVIN
Acting Commissioner of Social Security,

        Defendant.

CIVIL ACTION
NO. 14-3134

## **ORDER**

**AND NOW**, this 18th day of November 2015, upon consideration of Plaintiff's request for review, and after a review of the Report and Recommendation filed by Chief United States Magistrate Judge Carol Sandra Moore Wells (Doc. No. 19), it is hereby ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. Plaintiff's request for review is GRANTED;

3. The Commissioner of Social Security's decision is reversed and the Social Security Administration shall waive the recovery of the overpayment to Plaintiff Rochelle D. Robinson-Fulton.  The Secretary is directed to reimburse to Plaintiff all funds already withheld towards recovery of the overpayment; and

4. Judgment is entered in favor of Plaintiff, and against the Commissioner of the Social Security Administration.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.